1  LAW OFFICE OF PATRICK K. HANLY
   PATRICK K. HANLY (SBN 128521)
2  980 Ninth Street, 16th Floor
   Sacramento, California 95814
3  Telephone: (916) 773-2211
   Facsimile: (916) 449-9543
4
   Attorney for Defendant
5  Timothy Rosio

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) Case No:  CR S 07-225 KJM
                                      )
12         Plaintiff,                 ) **STIPULATION AND ORDER RESCHEDULING**
                                      ) **DEFENDANT'S SENTENCING DATE**
13     vs.                            )
                                      ) **Date: 8-9-07**
14 TIMOTHY ROSIO,                     ) **Time: 2:00 p.m.**
                                      ) **Courtroom: Honorable KIMBERLY J.**
15         Defendant.                 ) **MUELLER United States Magistrate**
                                      ) **Judge**
16                                    )
   _____)
17

18     Defendant Timothy Rosio, through his counsel of record, Patrick

19 K. Hanly, Esq., and plaintiff United States of America, through its

20 counsel, Assistant United States Attorney Michael Beckwith, agree and

21 stipulate that the probation officer needs more time to complete her

22 pre-sentence report and thus a continuance of the sentencing date and

23 schedule for disclosure of the pre-sentence report in necessary.

24 Accordingly, the parties stipulate and agree that the current

25 sentencing date of August 9, 2007 should be vacated and the Court

26 should adopt the new sentencing schedule set forth below:

27     Draft pre-sentence report will be made available to the parties:

28     9/13;

Informal objections to the report are due on:  9/27

The Final pre-sentence report will be ready on:  10/4

Objections to the final pre-sentence report are due on:  10/11

Judgment and sentencing will be held on:  10/18

Dated: August 7, 2007          LAW OFFICES OF PATRICK K. HANLY

                               By:  /s/ <u>PATRICK K. HANLY</u>
                                        PATRICK K. HANLY
                                        Attorney for Defendant

Dated: August 7, 2007          UNITED STATES ATTORNEY

                               By: /s/  <u>Michael Beckwith</u>
                                        Assistant United States Attorney

ORDER

   Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby vacates defendant's previously scheduled sentencing date of August 9, 2007 and adopts the sentencing scheduled set forth above.

   **IT IS SO ORDERED.**

Dated:  August 7, 2007.

_____
U.S. MAGISTRATE JUDGE